[No. 2378-1.   Division One.   July 29, 1974.]

SCOTT GRANGER, *Respondent,* v. JAMES DARBY, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 33066, Harry A. Follman, J., entered June 8, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Williams and Callow, JJ.

[No. 2866-42614-1.   Division One.   July 29, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE JUNIOR GLADDING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 58359, Robert A. Hannan, J., entered October 20, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz and Callow, JJ.

[No. 888-3.   Division Three.   July 30, 1974.]

BRYAN W. WYCKOFF *et al., Appellants,* v. JAMES SELAM, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 54645, Carl L. Loy, J., entered June 19, 1973. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 1193-2.   Division Two.   August 1, 1974.]

LINDA L. SCARBERRY, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES *et al., Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 216916, William L. Brown, Jr., J., entered July 30, 1973. *Remanded* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.